# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00967 LJO JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE DEADLINE BY WHICH THE PARTIES MAY SEEK A PLEADING AMENDMENT<br><br>(Doc. 15) |

The parties agree that the pleading amendment deadline should be extended to February 8, 2016 due to the need of the defendant for additional time to respond to discovery requests. Thus, good cause appearing, the Court **ORDERS** the pleading amendment deadline is extended to **February 8, 2017.**

IT IS SO ORDERED.

Dated:　**December 22, 2016**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE