# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00967 LJO JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE DEADLINE BY WHICH THE PARTIES MAY SEEK A PLEADING AMENDMENT<br><br>(Doc. 17) |

　　　　The parties agree, once again, that the pleading amendment deadline should be extended to May 15, 2017 due to the need of the defendant for additional time to respond to discovery requests. (Doc. 17) Thus, good cause appearing, the Court **ORDERS** the pleading amendment deadline is extended to **May 15, 2017.**

　　　　**Counsel are encouraged to meet the deadlines currently in place because it is unlikely the Court will entertain any further requests to amend the case schedule.**  Moreover, if it appears that either side is not responding as quickly as practicable to discovery requests, counsel SHALL promptly seek an informal conference with the Court to attempt to resolve the issue. Failure to do so may waive the party's position in the discovery dispute.

IT IS SO ORDERED.

　　　Dated:　**January 17, 2017**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28