# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA, | Case No.: 1:16-cv-00967 LJO JLT |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE IN FAVOR OR PRIVATE MEDIATION |
| v. | (Doc. 12) |
| GENERAL MOTORS LLC, et al., | |
| Defendants. | |

At the request of counsel, at the scheduling conference, the Court set the matter for a settlement conference. (Doc. 12 at 6) However, the parties have now agreed to engage in private mediation. (Doc. 21) Thus, the settlement conference, currently set on April 6, 2017 is **VACATED**.

IT IS SO ORDERED.

Dated:   **February 9, 2017**              **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE