**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA, | ) Case No.: 1:16-cv-00967 - LJO - JLT |
| Plaintiff, | )<br>) ORDER DIRECTING PLAINTIFF TO RESPOND |
| v. | ) TO THE EX PARTE APPLICATION FOR AN<br>) ORDER SHORTENING TIME NO LATER THAN |
| GENERAL MOTORS LLC, et al., | ) NOVEMBER 15, 2017<br>) |
| Defendants. | ) (Doc. 36)<br>) |
| | ) |

Defendant seeks an order shortening time to hear its motion to extend the discovery deadlines. (Doc. 36) Pursuant to Local Rule 144(e), "Ex parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action." Here, Defendant has not explained why the amended deadline was not requested via a stipulation, or whether Plaintiff objects to the shortening time.

Therefore, the Court **ORDERS**: Plaintiff **SHALL** file her opposition or notice of non-opposition to the motion for an order shortening time no later than **November 15, 2017**.

IT IS SO ORDERED.

Dated: __November 13, 2017__       _____/s/ Jennifer L. Thurston_____
                                    UNITED STATES MAGISTRATE JUDGE