# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>Defendants. | Case No.: 1:16-cv-0967 - LJO - JLT<br><br>ORDER AFTER TELEPHONIC CONFERENCE |

The Court held a telephonic conference related to the defendants' motion for additional time to disclose their experts. (See Doc. 35) During the conference, counsel agreed that the defendants would have four additional weeks to make the disclosure despite that the defendants preferred six weeks. This agreement was with the understanding that the plaintiff would have additional time to make her rebuttal disclosures and that the non-dispositive motions deadline would be extended. Thus, the Court orders:

1. The defendants **SHALL** disclose their experts **no later than December 27, 2017** and the plaintiff **SHALL** disclose any rebuttal experts **no later than January 24, 2018**;

2. Non-dispositive motions **SHALL** be filed **no later than February 28, 2018** and heard **no later than March 28, 2018**;

///

///

1

3. Defendants' motion for the six-week extension is **TERMINATED**.

IT IS SO ORDERED.

Dated: **December 5, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE