# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, GENERAL MOTORS CORPORATION, CHEVROLET DIVISION OF GENERAL MOTORS, MOTORS LIQUIDATION COMPANY, AND DOES 1 TO 15,<br><br>    Defendants. | Case No. 1:16-cv-00967-LJO-JLT<br><br>[Proposed] ORDER ON UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT GENERAL MOTORS LLC |

## [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR DEFENDANT GENERAL MOTORS LLC

Having considered the Unopposed Motion to Substitute Counsel of Record for Defendant General Motors LLC, the Court finds that said Motion should be in all things GRANTED. It is therefore,

ORDERED that Stephanie L. Chilton, Thomas M. Klein, and Gretchen A. Colter of the law firm of Bowman and Brooke LLP are substituted as attorneys of record for Defendant GM LLC in place of Derek S. Whitefield and Ashley R. Fickel of the law firm Dykema Gossett LLP and Wendy D. May and Clay A. Cossé of the law firm Hartline Dacus Barger Dreyer LLP.

IT IS SO ORDERED.

  Dated:   **December 5, 2017**          **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE