# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA, | Case No.: 1:16-cv-0967 - LJO - JLT |
| Plaintiff, | ORDER GRANTING STIPULATION RE: NON-DISPOSITIVE & PRETRIAL MOTIONS |
| v. | (Doc. 55-1) |
| GENERAL MOTORS LLC, et al., | |
| Defendants. | |

The parties have stipulated that they will not make any <u>Daubert</u> challenges to the experts, David Bosch, Patrick Donahue, Louis Peck, Mark Pozzi, Parris Ward, Carley Ward, Brent Benson, Jeffrey Croteau, Huizhen Lu, Elizabeth Raphael, and David Viano though they may seek to limit the testimony of any expert. (Doc. 55-1) Likewise, they agree they will file their in limine motions at the same time as their joint pretrial statement.[1] Thus, the Court **ORDERS**:

    1.    The stipulation is **GRANTED**;

    2.    As to motions in limine, the Court **ORDERS** counsel to meet and confer on anticipated motions in limine and to distill evidentiary issues. This Court further **ORDERS** the parties to file motions in limine only as to important, critical matters, keeping in mind that most evidentiary issues can be resolved easily with a conference among the Court and counsel. If the Court surmises that the

---

[1] Usually, the Court would set filing deadlines for motions in limine at the pretrial conference. However, because the parties agree to file their motions, they **SHALL** be filed at the same time as the joint pretrial statement, though counsel **SHALL** file and docket them separately.

1

parties have filed motions in limine without meaningful, genuine meeting and conferring, the Court will strike the motions in limine and not hear them.

Moving and opposition papers must be brief, succinct, and well-organized. The Court encourages each party to consolidate their respective motions in limine in a single document, organized by number and to file oppositions in a single document responding to the numbered issues under the same corresponding headers. For example, if a defendant has five evidentiary issues, it would file one motion that has five headers: Motion in limine No. 1; Motion in limine No. 2, and so on; and, in response, plaintiffs would file one opposition document organized in the same way. Said another way, in order to maintain a well-organized docket in preparation for trial, the Court discourages parties from filing multiple motions in limine in a string of separate docket entries.

IT IS SO ORDERED.

Dated: __**February 13, 2018**__   　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE