# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, GENERAL MOTORS CORPORATION, CHEVROLET DIVISION OF GENERAL MOTORS, MOTORS LIQUIDATION COMPANY, AND DOES 1 TO 15,<br><br>Defendants. | Case No. 1:16-cv-00967-LJO-JLT<br><br>U.S. District Judge Lawrence J. O'Neill<br><br>**ORDER RE GENERAL MOTORS, LLC'S REQUEST FOR LEAVE TO EXCEED PAGE LIMIT RE GM LLC'S REPLY IN SUPPORT OF ITS MOTION FOR DETERMINATION OF CHOICE OF LAW ISSUES RE PRODUCTS LIABILITY AND DAMAGES** |

The Court having read and considered General Motors, LLC's ("GM LLC") Motion to Exceed Page Limitation and good cause being shown,

IT IS ORDERED granting GM LLC leave of the Court to exceed the page limitation for purposes of filing its twelve-page Reply in Support of its Motion for Determination of Choice of Law Issues Re Products Liability and Damages

. . .

IT IS SO ORDERED.

Dated: __**March 26, 2018**__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE