Stephanie L. Chilton (SBN 150473)
Thomas M. Klein Admitted (*Pro Hac Vice*)
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
Tel: (602) 643-2300
Fax: (602) 248-0947
stephanie.chilton@bowmanandbrooke.com
thomas.klein@bowmanandbrooke.com

Attorneys for Defendant General Motors LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| Miriam Michelle Mendoza,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>General Motors LLC, General Motors Corporation, Chevrolet Division of General Motors, Motors Liquidation Company, and Does 1 to 15,<br><br>　　　　Defendants. | Case No. 1:16-cv-00967-LJO-JLT<br><br>**[PROPOSED] ORDER RE STIPULATION TO WITHDRAW PLAINTIFF'S "MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION FOR ADDITIONAL INSPECTION OF THE SUBJECT VEHICLE"**<br><br>**(Doc. 91)** |

Having considered the parties' Stipulation to Withdraw Plaintiff's Motion for Reconsideration of Order Granting Defendant's Motion for Additional Inspection of the Subject Vehicle;

Good cause appearing, the Court ORDERS the parties' Stipulation is hereby granted as follows:

(1) Subject to the terms set forth below, plaintiff's "Motion for Reconsideration of Order Granting Defendant's Motion for Additional Inspection of the Subject Vehicle" (Doc. 84) filed on or about April 9, 2018 is deemed withdrawn.

(2) Pursuant to this Court's April 3, 2018 Order, the parties will exchange supplemental reports, limited to detailing the additional opinions or information gathered from the April 24, 2018 re-inspection, on or before May 8, 2018. The parties will exchange the supplemental reports via email, together with any materials related to the supplemental

report. To the extent some of the materials are too large to send via email, they will be provided on an electronic medium, such as a thumb drive, and will be sent no later than May 8, 2018 for next-day delivery.

(3) General Motors LLC (GM LLC) agrees that based on the work its experts did on April 24, 2018, and based on the opinions disclosed to date by plaintiff's experts, including rebuttal opinions, that it is not necessary to do anything destructive to the vehicle (such as removing part or all of the third row seat).

(4) The hearing presently scheduled for May 7, 2018 at 9:30 a.m. pertaining to plaintiff's Motion to Reconsider is vacated.

IT IS SO ORDERED.

Dated: **April 27, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE