**MENDOZA vs. GENERAL MOTORS LLC**

CASE NO. 1:16-CV-00967-LJO-JL**T**

**JOINT PRETRIAL STATEMENT – APPENDIX C**

**PLAINTIFF'S EXHIBIT LIST**

**Plaintiff's Exhibits**

1. Traffic Collision Report No. 2014070281
2. [Reserved]
3. Kern County Fire Department Report No. 2014-1424727
4. Bakersfield Fire Department Report No. 2014-1418632
5. [Reserved]
6. Photographs of subject 2002 Chevrolet Astro van
7. Photographs of Volkswagen Passat
8. [Reserved]
9. Hall Ambulance Service Report No. 51829
10. [Reserved]
11. Video of Air Transportation to Kern Medical Center
12. Kern Medical Center Records – Michelle Mendoza
13. Kern Medical Center X-ray / CT / MRI Images
14. Mercy Medical Center Records – Michelle Mendoza
15. Mercy Central Pediatric Clinic Records – Michelle Mendoza
16. ChildServe Medical Records – Michelle Mendoza
17. [Reserved]
18. [Reserved]
19. [Reserved]
20. CARFAX Vehicle History Report – Subject 2002 Chevrolet Astro van
21. Iowa Department of Transportation Motor Vehicle Accident Report No. 20140013077
22. [Reserved]

| | |
|---|---|
| 1 | 23. Chevrolet Astro towing ad #1 |
| 2 | 24. Chevrolet Astro towing ad #2 |
| 3 | 25. Chevrolet Astro towing ad #3 |
| 4 | 26. 2002 Chevrolet Astro Owner's Manual |
| 5 | 27. GM Crash Test C-10911 Video/Stills |
| 6 | 28. Other GM-produced Crash Test Videos/Stills |
| 7 | 29. Exemplar Trailer Hitch Components |
| 8 | 30. Subject Vehicle – 2002 Chevrolet Astro Van |
| 9 | 31. Exemplar Vehicle |
| 10 | 32. Exemplar Vehicle Parts |
| 11 | 33. Exemplar Vehicle Seats |
| 12 | 34. Exemplar Rear Section of Astro Van |
| 13 | 35. Drawings/Triangular Hitch Arm |
| 14 | 36. Photo/Exemplar—Example of Entire Subject Trailer Hitch |
| 15 | 37. Photo/Subject Right Hitch Arm Pushing Up Floor Pan Under Michelle's Seat |
| 16 | 38. Photos/Depicting Michelle's Seat Jammed Upward Over Six (6) Inches |
| 17 | 39. [Reserved] |
| 18 | 40. [Reserved] |
| 19 | 41. Photo/ Rotated Rigid Arm Marked by Yellow and Black Bullet Decals |
| 20 | 42. Photos/Michelle's Hair Strands in Subject Vehicle |
| 21 | 43. [Reserved] |
| 22 | 44. Photos/Triangular Hitch Arms |
| 23 | 45. Photos/Test Specimens After Force Application |
| 24 | 46. Photo/"Standard" Hitch (With Unsupported Length at Rear) |
| 25 | 47. Photo/Deformed "Standard" Hitch Arm (From GM Test C5989) |
| 26 | 48. Laser Scans Showing 6-Inch+ Upward Displacement of Seat Towards Roof |
| 27 | 49. Photos of Surrogate |
| 28 | 50. Photos/Surrogate in Subject Van |

| | |
|---|---|
| 1 | 51. [Reserved] |
| 2 | 52. Photo/Defense "OOP" Theory |
| 3 | 53. Photo/Post-Collision Seat Askew on Track |
| 4 | 54. Photo/Match-Up Between Surrogate and Head Strike Location |
| 5 | 55. Photo/Defense "Swoosh" Mark |
| 6 | 56. Photo/Dr. Ward Showing Alleged "Swoosh" Mark Runs the Wrong Way |
| 7 | 57. Photos/Indented Head Liner Material |
| 8 | 58. Viano Photo/Deformed Metal "Straps" |
| 9 | 59. Photo/Tubing Under Detrimmed Exemplar Seat |
| 10 | 60. Photo/Tubing Under Virginia's Seat |
| 11 | 61. Scans/Showing Bumper-to-Bumper Alignment |
| 12 | 62. [Reserved] |
| 13 | 63. [Reserved] |
| 14 | 64. [Reserved] |
| 15 | 65. [Reserved] |
| 16 | 66. [Reserved] |
| 17 | 67. Photographs taken by David R. Bosch, Ph.D. |
| 18 | 68. Expert File of David R. Bosch, Ph.D. |
| 19 | 69. *Curriculum vitae* of David R. Bosch, Ph.D. |
| 20 | 70. Deposition/Trial Case Record of David R. Bosch, Ph.D. |
| 21 | 71. Expert Report of David R. Bosch, Ph.D. |
| 22 | 72. Appendices 1-10 to Expert Report of David R. Bosch, Ph.D. |
| 23 | 73. Rebuttal Report of David R. Bosch, Ph.D. |
| 24 | 74. Supplemental Rebuttal Report of David R. Bosch, Ph.D. |
| 25 | 75. Illustrative Exhibits by David R. Bosch, Ph.D. |
| 26 | 76. Structure Fabricated for Testing – Test Specimen 1A |
| 27 | 77. Structure Fabricated for Testing – Test Specimen 1B |
| 28 | 78. Structure Fabricated for Testing – Test Specimen 2A |

| | |
|---|---|
| 1 | 79. Structure Fabricated for Testing – Test Specimen 2B |
| 2 | 80. Exemplar Trailer Hitch with Detached Arms |
| 3 | 81. Exemplar Trailer Hitch with Attached Arms |
| 4 | 82. Exemplar Trailer Hitch with Short Arms |
| 5 | 83. Charts with Text and Images from Expert Reports and Discovery Materials |
| 6 | 84. [Reserved] |
| 7 | 85. [Reserved] |
| 8 | 86. [Reserved] |
| 9 | 87. Expert File of R. Patrick Donahue, P.E., CFEI, CVFI |
| 10 | 88. Expert Report of R. Patrick Donahue, P.E., CFEI, CVFI |
| 11 | 89. *Curriculum vitae*, Testimony Listing and Fee Schedule for R. Patrick Donahue, P.E., |
| 12 | CVFI [Donahue Expert Report Attachment I] |
| 13 | 90. Photographs Taken by R. Patrick Donahue, P.E., CFEI, CVFI [Donahue Expert Report |
| 14 | Attachment II] |
| 15 | 91. CDR Crash Data Retrieval Report [Donahue Expert Report Attachment III] |
| 16 | 92. [Reserved] |
| 17 | 93. [Reserved] |
| 18 | 94. [Reserved] |
| 19 | 95. Expert File of Louis R. Peck |
| 20 | 96. Expert Report of Louis R. Peck |
| 21 | 97. Fee Schedule for Louis R. Peck [Peck Expert Report Attachment A] |
| 22 | 98. Deposition/Trial Testimony List for Louis R. Peck [Peck Report Attachment B] |
| 23 | 99. *Curriculum vitae* of Louis R. Peck [Peck Report Attachment C] |
| 24 | 100. CDR Crash Data Retrieval Report [Peck Expert Report Attachment D] |
| 25 | 101. Photographs of Subject Astro Van [Peck Expert Report Attachment E] |
| 26 | 102. Videos of Computer Simulation Renderings [Peck Expert Report Attachment F] |
| 27 | 103. Rebuttal Report of Louis R. Peck |
| 28 | 104. Collision Reconstruction Charts by Louis R. Peck |

| | |
|---|---|
| 1 | 105. Illustrative Exhibits by Louis R. Peck |
| 2 | 106. Photographs taken by Louis R. Peck |
| 3 | 107. [Reserved] |
| 4 | 108. [Reserved] |
| 5 | 109. [Reserved] |
| 6 | 110. Expert File of Mark C. Pozzi, M.S., FAAFS, FACFE |
| 7 | 111. *Curriculum vitae* of Mark C. Pozzi, M.S., FAAFS, FACFE |
| 8 | 112. Testimony List of Mark C. Pozzi, M.S., FAAFS, FACFE |
| 9 | 113. Expert Report of Mark C. Pozzi, M.S., FAAFS, FACFE |
| 10 | 114. Select Photographs of Subject Vehicle [Pozzi Expert Report Appendix A] |
| 11 | 115. Select Photographs of Exemplar Vehicle [Pozzi Expert Report Appendix B] |
| 12 | 116. Rebuttal Report of Mark C. Pozzi, M.S., FAAFS, FACFE |
| 13 | 117. Addendum [Photographs] to Rebuttal Report of Mark C. Pozzi, M.S., FAAFS, FACFE |
| 14 | 118. Supplemental Report of Mark C. Pozzi, M.S., FAAFS, FACFE |
| 15 | 119. Illustrative Exhibits by Mark C. Pozzi, M.S., FAAFS, FACFE |
| 16 | 120. Photographs taken by Mark C. Pozzi, M.S., FAAFS, FACFE |
| 17 | 121. Data on Alternative Design Hitch Receivers |
| 18 | 122. NHTSA NCAP Rear Crash Test Data |
| 19 | 123. IIHS Jeep Testing Reports and Photos |
| 20 | 124. [Reserved] |
| 21 | 125. [Reserved] |
| 22 | 126. [Reserved] |
| 23 | 127. BEI Photographs taken by Parris Ward and Carley C. Ward, Ph.D. |
| 24 | 128. Expert File of Carley C. Ward, Ph.D. |
| 25 | 129. Expert File of Parris Ward |
| 26 | 130. Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward |
| 27 | 131. *Curriculum vitae*, Trial & Deposition Testimony List and Fee Schedule of Carley C. |
| 28 | Ward, Ph.D. [C. Ward Expert Report Attachments A-C] |

132. *Curriculum vitae*, Trial & Deposition Testimony List and Fee Schedule of Parris Ward [P. Ward Expert Report Attachments A-C]

133. Joint Rebuttal Report of Carley C. Ward, Ph.D. and Parris Ward

134. Joint Supplemental Report of Carley C. Ward, Ph.D. and Parris Ward

135. Model of Head and Neck by Carley C. Ward, Ph.D.

136. Illustrative Exhibits by Carley C. Ward, Ph.D.

137. Graphic Illustrations by Parris Ward

138. Illustrative Exhibits by Parris Ward

139. Seating Diagram Showing Seating Positions of Each Passenger

140. Exemplar Detrimmed Van Seat

141. Illustrative Laser Scan Images Showing Comparisons between Subject and Exemplar Vans

142. Images of Van with Arrow and Text Noting Seat Back in Upright Position [modified Figure 3 from Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

143. Photographs of Hitch Receiver Annotated to Show How Parts Correlate [modified Figure 5 from Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

144. Photo of Head Strike in Roofliner Combined with Photo of Van Interior, Annotated to Show Location and Orientation [modified Figure 7 from Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

145. Photos of Dr. Ward and Surrogate in Subject Van Combined with Photos of Dr. Ward and Surrogate in Exemplar Van [modified Figure 9 from Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

146. Laser Scan Images with Text Noting Seat Back Not in Original Position [modified Figure 13 from Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

147. Laser Scan Images with Text Noting Seat Back Not in Original Position [modified Figure 14 from Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

148. Laser Scan Cross-section Images with Text Noting Seat Back Not in Original Position, Floor Deformed Upward [modified Figure 16 from Joint Expert Report of Carley C. Ward,

Ph.D. and Parris Ward]

149. Annotated Photographs from Defendant's Surrogate Inspection [produced with Expert Report of Elizabeth H. Raphael, M.D.]

150. Video and Frame Captures from GM Crash Test C-10911

151. Injury Diagram Showing Locations of Various Injuries Suffered by Michelle Mendoza

152. Demonstrative Computer Animation Illustrating Testimony Regarding Injury Causation by Carley C. Ward, Ph.D.

153. Still Images from Demonstrative Computer Animation Illustrating Testimony by Carley C. Ward, Ph.D.

154. Plastic Vertebrae Models

155. Head-neck model, Demonstrating Locations of Lower Cervical Fractures [depicted in Figure 17, Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

156. Head-neck model, Demonstrating Dislocation at C6-C7 Level [depicted in Figure 18, Joint Expert Report of Carley C. Ward, Ph.D. and Parris Ward]

157. [Reserved]

158. [Reserved]

159. [Reserved]

160. [Reserved]

161. *Curriculum vitae* of William Howard, D.O., FAAP

162. ChildServe History and Physical for Michelle Mendoza [Howard Depo Exhibit 2]

163. Kern Medical Center Discharge and Transfer Records to Childserve for Michelle Mendoza [Howard Depo Exhibit 3]

164. Mercy Medical Center Medication List for Michelle Mendoza [Howard Depo Exhibit 5]

165. Mercy Hospital Discharge Summary, August 2017 / Hospitalization and Surgery Report, September 2017 [Howard Depo Exhibit 6]

166. [Reserved]

167. [Reserved]

168. [Reserved]

| | |
|---|---|
| 1 | 169. [Reserved] |
| 2 | 170. Expert File of Frederick T. Klingbeil, M.D. |
| 3 | 171. Expert Report of Frederick T. Klingbeil, M.D. |
| 4 | 172. Addendum 1 to Expert Report of Frederick T. Klingbeil, M.D. |
| 5 | 173. Addendum 2 to Expert Report of Frederick T. Klingbeil, M.D. |
| 6 | 174. *Curriculum vitae* of Frederick T. Klingbeil, M.D. [Klingbeil Expert Report Exhibit 1] |
| 7-8 | 175. Fee Schedule and Summary of Testimony of Frederick T. Klingbeil, M.D. [Klingbeil Expert Report Exhibit 2] |
| 9-10 | 176. Kern Medical Center Discharge and Transfer Records to Childserve [Klingbeil Expert Report Exhibit 3] |
| 11 | 177. Kern Radiology Reports [Klingbeil Expert Report Exhibit 4] |
| 12-13 | 178. Childserve Admission Reports and Rehabilitation Team Meeting Reports [Klingbeil Expert Report Exhibit 5] |
| 14-15 | 179. Childserve Physical Therapy/Occupational Therapy and Speech Therapy Consults [Klingbeil Expert Report Exhibit 6] |
| 16 | 180. Childserve Palliative Care Consult and Fees Consult [Klingbeil Expert Report Exhibit 7] |
| 17 | 181. Examination Outpatient Note 8/2/17 [Klingbeil Expert Report Exhibit 8] |
| 18 | 182. [Reserved] |
| 19 | 183. [Reserved] |
| 20 | 184. [Reserved] |
| 21 | 185. Expert File of Kent A. Jayne, M.A., M.B.A. |
| 22 | 186. Expert Report of Kent A. Jayne, M.A., M.B.A. |
| 23 | 187. *Curriculum vitae* of Kent A. Jayne, M.A., M.B.A. [Jayne Expert Report Exhibit 1] |
| 24-25 | 188. Summary of Trial/Deposition Testimony of Kent A. Jayne, M.A., M.B.A. [Jayne Expert Report Exhibit 2] |
| 26-27 | 189. Billing and Fee Schedule of Kent A. Jayne, M.A., M.B.A. [Jayne Expert Report Exhibit 3] |
| 28 | 190. Addendum to Expert Report of Kent A. Jayne, M.A., M.B.A. |

191. Rebuttal [to Deft Expert Dolan] Report of Kent A. Jayne, M.A., M.B.A.

192. Addendum to Rebuttal [to Deft Expert Dolan] Report of Kent A. Jayne, M.A., M.B.A

193. Rebuttal [to Deft Expert Dahlberg] Report of Kent A. Jayne, M.A., M.B.A.

194. Addendum to Rebuttal [to Deft Expert Dahlberg] Report of Kent A. Jayne, M.A., M.B.A.

195. Supplemental Report of Kent A. Jayne, M.A., M.B.A.

196. Article by Defendant's Expert Jack Dahlberg, *The Life Care Plan: A Prediction of the Future* [Dahlberg Depo Exhibit 5]

197. TABLE 6 *Expected Functional Outcomes* by Jack Dahlberg [Dalberg Expert Report Appendix B]

198. [Reserved]

199. Kern Medical Center Itemized Statement [redacted]

200. Kern Medical Center Letter/Receipt for Payments [redacted]

201. KMC Enterprise Physicians Account Charge Activity Summary [redacted]

202. Iowa Services Itemization of Benefits Provided [redacted]

203. Iowa Services Summary of Charges Paid [redacted]

204. [Reserved]

205. [Reserved]

206. [Reserved]

207. Photo of Michelle Mendoza and Friends

208. Day-in-the-Life Video of Michelle Mendoza

209. [Reserved]

210. [Reserved]

211-250. [Reserved]