Thomas Scarvie – SBN 54499
**SCARVIE LAW GROUP**
P.O. Box 2438
Yountville, California 94599
Telephone: (805) 452-4218 / Facsimile: (805) 456-0557
Email: *tomscarvie@icloud.com*

Raymond Paul Johnson – SBN 110784
**RAYMOND PAUL JOHNSON, A LAW CORPORATION**
2121 Rosecrans Avenue, Suite 3375
El Segundo, California 90245
Telephone: (310) 246-9300 / Facsimile: (310) 640-1900
Email: *litigators@rpjlawcorp.com*

Richard O. McConville – *Pro hac vice*
**COPPOLA, MCCONVILLE, COPPOLA, CARROLL,
HOCKENBERG & SCALISE, P.C.**
2100 Westown Parkway, Suite 210
West Des Moines, Iowa 50265
Telephone: (515) 453-1055 / Facsimile (515) 453-1059
Email: *romcconville@csmclaw.com*

Attorneys for Plaintiff
MIRIAM MICHELLE MENDOZA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA | CASE NO. 1:16-CV-00967-LJO-JLT |
| Plaintiff, | Hon. Lawrence J. O'Neill |
| vs. | Chief U.S. District Judge |
| | **STIPULATION REGARDING PLAINTIFF'S MEDICAL BILLS AND SERVICES; ORDER** |
| GENERAL MOTORS, LLC, *et al.*, | |
| Defendants. | Final Pretrial Conference:     October 11, 2018 |
| | Trial Date:     October 16, 2018 |

-1-

*/ / /*

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

The respective parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

The parties stipulate that if called to testify, the doctors and other medical professionals who have provided care to Michelle Mendoza would say that the reasonable and customary amount for the past medical expenses incurred by plaintiff Miriam Michelle Mendoza for necessary and reasonable medical services to treat the injuries she received in the collision totals $893,239.35.

By entering into this stipulation and agreement, Defendant GM does not agree that it is liable for these past medical expenses. Plaintiff Michelle Mendoza and Defendant GM do agree that this stipulation eliminates any need for calling witnesses or offering evidence related to the necessity or reasonableness of past medical services and expenses.

*Signatures Next page*

///
///
///
///
///
///
///
///
///
///
///
///
///
///

DATED:_____

SCARVIE LAW GROUP

RAYMOND PAUL JOHNSON, A LAW CORPORATION

*and*

COPPOLA, MCCONVILLE, COPPOLA, CARROLL, HOCKENBERG & SCALISE, P.C.

By: _____
Thomas Scarvie ♦ Raymond Paul Johnson
Richard O. McConville
Attorneys for Plaintiff

DATED: _____

KLEIN THOMAS

By:_____/_____
Stephanie L. Chilton ♦ Thomas M. Klein
Attorneys for Defendant

IT IS SO ORDERED.

Dated: __**September 24, 2018**__    _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE