Thomas Scarvie – SBN 54499
**SCARVIE LAW GROUP**
P.O. Box 2438
Yountville, California 94599
Telephone: (805) 452-4218 / Facsimile: (805) 456-0557
Email: *tomscarvie@icloud.com*

Raymond Paul Johnson – SBN 110784
**RAYMOND PAUL JOHNSON, A LAW CORPORATION**
2121 Rosecrans Avenue, Suite 3375
El Segundo, California 90245
Telephone: (310) 246-9300 / Facsimile: (310) 640-1900
Email: *litigators@rpjlawcorp.com*

Richard O. McConville – *Pro hac vice*
**COPPOLA, MCCONVILLE, COPPOLA, CARROLL, HOCKENBERG & SCALISE, P.C.**
2100 Westown Parkway, Suite 210
West Des Moines, Iowa 50265
Telephone: (515) 453-1055 / Facsimile (515) 453-1059
Email: *romcconville@csmclaw.com*

Attorneys for Plaintiff
MIRIAM MICHELLE MENDOZA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. 1:16-CV-00967-LJO-JLT<br><br>Hon. Lawrence J. O'Neill<br>Chief U.S. District Judge<br><br>**STIPULATIONS REGARDING PLAINTIFF'S DISMISSALS OF GM ENTITIES AND BREACH OF WARRANTY CLAIMS; [Proposed] ORDER**<br><br>F.R.C.P. 41(a)(1)(ii)<br>USDC- E.D. Cal. Local Rule 143<br><br>Final Pretrial<br>Conference: October 11, 2018<br>Trial Date: October 16, 2018 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS:**

The respective parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

**STIPULATIONS REGARDNG PLAINTIFF'S DISMISSALS**

1. Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff MICHELLE MENDOZA hereby dismisses from this action the following entities named as defendants in Plaintiff's operative First-Amended Complaint:

General Motors Corporation

Chevrolet Division of General Motors

Motors Liquidation Company

2. Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff MICHELLE MENDOZA hereby dismisses in this action her claims and cause of action for Breach of Implied Warranty against Defendant General Motors, LLC.

3. Pursuant to the Federal Rules of Civil Procedure, Rule 10(a), and the USDC-E.D. Cal. Local Rules, Rule 133(g), the title of this action on all pleadings and other documents shall be:

MIRIAM MICHELLE MENDOZA vs. GENERAL MOTORS, LLC

[*Signatures follow on next page.*]

/ / /

/ / /

/ / /

DATED: September 14, 2018

SCARVIE LAW GROUP

RAYMOND PAUL JOHNSON, A LAW CORPORATION

*and*

COPPOLA, MCCONVILLE, COPPOLA, CARROLL, HOCKENBERG & SCALISE, P.C.

By: */s/ Raymond Paul Johnson*
Thomas Scarvie ♦ Raymond Paul Johnson
Richard O. McConville
Attorneys for Plaintiff

DATED: September 12, 2018

KLEIN THOMAS

By: */s/ Stephanie L. Chilton*
Stephanie L. Chilton ♦ Thomas M. Klein
Attorneys for Defendant GM, LLC

IT IS SO ORDERED.

Dated: **September 24, 2018** **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE