# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MICHELLE MENDOZA, | Case No.: 1:16-cv-0967 - LJO - JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| GENERAL MOTORS LLC, et al., | |
| Defendants. | |

The Court has been informed that the matter has resolved. Thus, the Court **ORDERS**:

1. The petition for approval of the minor's compromise **SHALL** be filed **no later than November 16, 2018**;

2. All other pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **October 3, 2018**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE