# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam Michelle Mendoza,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>General Motors LLC, General Motors Corporation, Chevrolet Division of General Motors, Motors Liquidation Company, and Does 1 to 15,<br><br>　　　　Defendants. | Case No. 1:16-cv-00967-LJO-JLT<br><br>**ORDER CLOSING THE CASE**<br>**(Doc. 140)** |

The parties have stipulated to dismiss this action with prejudice with each bearing the party's own attorneys' fees and costs. (Doc. 140) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated: **October 29, 2018**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE